IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02479-AP

MELANIE J. TRUJILLO,
        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,
        Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Rachael A. Lundy, Esq. | John F. Walsh |
| 402 W. 12th Street | United States Attorney |
| Pueblo, Colorado 81003 | |
| 719-543-8636 | J.B. García |
| seckarlaw@mindspring.com | Assistant United States Attorney |
| | District of Colorado |
| | |
| | Robert L. Van Saghi |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street, 6th Floor |
| | Denver, Colorado 80202 |
| | (**303) 844-1948** |
| | **robert.vansaghi@ssa.gov** |

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**
   A.  Date Complaint Was Filed:                                  **9/18/12.**
   B.  Date Complaint Was Served on U.S. Attorney's Office: **12/12/12.**
   C.  Date Answer and Administrative Record Were Filed:  **12/19/12.**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, the parties do not believe the case raises unusual claims or defenses.

**7.     OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8.     BRIEFING SCHEDULE**

The parties respectfully request the following briefing schedule, which is outside the standard 40 days due to Plaintiff's counsel's workload in December 2012 and January 2013:

   A.  Plaintiff's Opening Brief Due**:**      **2/18/13.**
   B.  Defendant's Response Brief Due**:**    **3/20/13.**
   C.  Plaintiff's Reply Brief (If Any) Due:  **4/3/13**.

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

      A.     Plaintiff's Statement:  Plaintiff does not request oral argument.
      B.     Defendant's Statement: Defendant does not request oral argument**.**

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.     ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

      B.     (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

      DATED this 9th day of January, 2013.

                            BY THE COURT:

                            <u>*s/John L. Kane*</u>
                            U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| **s/Rachael A. Lundy** | JOHN F. WALSH |
| Michael W. Seckar, Esq. | United States Attorney |
| 402 W. 12th Street | |
| Pueblo, Colorado 81003 | J.B. GARCIA |
| 719-543-8636 | Assistant United States Attorney |
| seckarlaw@mindspring.com | District of Colorado |

**s/Robert L. Van Saghi**
By: Robert L. Van Saghi
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street, 6th Floor
Denver, Colorado 80202
(303) 844-11948
robert.vansaghi@ssa.gov